In the Matter of Noel Olmosperez, Appellant, v Andrea W. Evans, as Chair of the Board of Parole, Respondent.

Submitted October 6, 2014; decided October 16, 2014

Motion for assignment of counsel denied.

The People of the State of New York, Respondent, v Nugene Ambers, Appellant.

Submitted October 6, 2014; decided October 16, 2014

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

The People of the State of New York, Respondent, v Jose Martinez Baxin, Appellant.

Submitted October 14, 2014; decided October 16, 2014

Motion for poor person relief granted.

The People of the State of New York, Appellant, v Dwight R. DeLee, Respondent.

Submitted October 6, 2014; decided October 16, 2014

Motion by New York State Association of Criminal Defense Lawyers et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.